**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

**BY ECF**
The Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

> Re:   <u>United States v. Peter Gotti</u>, 02 Cr. 743 (CM)

Dear Chief Judge McMahon:

The Government respectfully submits this letter in response to the Court's December 13, 2019 Order directing the Government to advise the Court of the position of the Bureau of Prisons ("BOP") on Peter Gotti's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).

The Government has spoken with a Senior Attorney at FMC Butner, where Gotti is housed, and has been advised of the following: (1) the BOP's position on Gotti's application is unchanged from May 2019, when the BOP denied Gotti's application for relief; (2) since May 2019, Gotti has not made any additional request to the BOP for compassionate release; (3) according to the Clinical Director of FMC Butner, Gotti continues to be independent in his activities of daily living, is able to move around to see other inmates and to attend medical appointments, and has not been diagnosed with a terminal illness. The Clinical Director is not aware of any compassionate release recommendation that medical staff at FMC Butner has made following the May 2019 decision.

The BOP has provided the Government with Gotti's medical records from June 2019 to the present, which the Government can provide to the Court should the Court so direct.

> Respectfully submitted,
>
> GEOFFREY S. BERMAN
> United States Attorney for the
> Southern District of New York
>
> by:  /s/ Jun Xiang
> Jun Xiang
> Assistant United States Attorney
> (212) 637-2289

**CC (BY ECF)**
All Counsel