IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | |
| ) | No. 1:02 CR 743-7 |
| ) | <u>SUPPLEMENTAL</u> |
| ) | <u>RESPONSE TO GOVERNMENT</u> |
| PETER GOTTI, ) | <u>FILING</u> |
| ) | |
| Defendant ) | |

The defendant Peter Gotti, by his counsel, respectfully shows the Court that:

1. On December 23, 2019 Peter Gotti told his son on the phone that "the judge called the warden and I am going to be released."

2. This simply illustrates how much his dementia has overtaken reality.

3. It is unlikely to improve. The undersigned counsel has noticed a remarkable decline over the past seven months.

For all the above reasons and those set forth in the pending motion, and our previous filings, we continue to pray the Court for the compassionate release of Peter Gotti under the First Step Act.

Respectfully submitted,

/s/ James B. Craven III
James B. Craven III
NC State Bar 997
Attorney for the Defendant Peter Gotti
P.O. Box 1366
Durham, NC 27702
(919)688-8295
JBC64@MINDSPRING.COM

1

<u>CERTIFICATE OF SERVICE</u>

I have this day served Government counsel electronically:

Jun Xiang, Esquire
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Jun.Xiang@usdoj.gov

This 23rd day of December 2019.

<u>/s/ James B. Craven III</u>
James B. Craven III